IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETH ANNE HARTUNG, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 12-6155 |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security, | : | |
| Defendant | : | |

# **O R D E R**

AND NOW, this 19th day of May, 2016, upon consideration of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells and the defendant's Objections thereto, and upon careful review of the entire record, IT IS HEREBY ORDERED, as follows:

1. The defendant's Objections are SUSTAINED;

2. The plaintiff's Request for Review is DENIED;

3. The decision of the Commissioner of the Social Security Administration is AFFIRMED; and

4. JUDGMENT IS HEREBY ENTERED in favor of the defendant and against the plaintiff.

The Clerk of Court is directed to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.